897 A.2d 1164

**In re TRANSFER OF ATTORNEY to Inactive Status Pursuant to Pa.R.D.E. 219(k)(1).**

**No. 1136 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 7, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 7th day of April, 2006, it is ORDERED that John A. Lee is hereby transferred to inactive status as a

132

member of the Bar of this Commonwealth pursuant to Rule 219(k)(1), Pa.R.D.E. Respondent shall comply with Rule 217, Pa.R.D.E.

Madame Justice BALDWIN did not participate in this matter.